UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**WILLIAM EDWARD SCISCO**,　　　　　　　　Case No. 6:15-cv-00678-KI

　　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

　　v.

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security**,

　　　　　Defendant.


　　Merrill Schneider
　　Schneider Kerr Law Offices
　　P.O. Box 14490
　　Portland, OR 97293

　　　　Attorney for Plaintiff


　　Billy J. Williams
　　United States Attorney
　　District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Jordan D. Goddard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this    28th    day of March, 2016.

          /s/ Garr M. King
         Garr M. King
         United States District Judge